No. 824. Columbian National Life Insurance Co. *v.* Rodgers. April 7, 1941. Petition for writ of certiorari

to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. F. H. Nash* for petitioner. *Mr. Robert Stone* for respondent.